**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARREN ROY, | |
| Plaintiff, | CIVIL ACTION NO. 3:13-CV-738 |
| v. | (JUDGE CAPUTO) |
| DELL FINANCIAL SERVICES, LLC, | |
| Defendant. | |

## **ORDER**

**NOW** this 12th day of July, 2013, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Dismiss (Doc. 6) is **GRANTED**.

(2) Plaintiff's Telephone Consumer Protection Act claim (Count I of the Complaint) is **DISMISSED WITH PREJUDICE**.

(3) Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims (Counts II and III of the Complaint), which are **DISMISSED WITHOUT PREJUDICE**.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge